## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **3:09-md-02100-DRH**<br><br>**MDL No. 2100** |

**This Document Relates To:**

| *Helene Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10154-DRH |
|---|---|
| *Evelyn Henderson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10142-DRH |
| *Paige Lemmons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10189-DRH |
| *Erica Leonard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10123-DRH |
| *Agnes Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10093-DRH |
| *Amy Rentz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13339-DRH |
| *Karen Wimmer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10101-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of

docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 16, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY:   /s/Sara Jennings**
　　　　**Deputy Clerk**

Dated:  August 20, 2013

David R.
Herndon
2013.08.20
08:26:09 -05'00'

APPROVED:
　　　　CHIEF JUDGE
　　　　U. S. DISTRICT COURT